# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD T. DARDAR, JR.

NO. 2025 KW 0071

**MARCH 14, 2025**

---

In Re:    Donald T. Dardar, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 18-FELY-778972, 18-FELY-780915.

---

BEFORE:    **THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** Relator failed to demonstrate that defense counsel's performance was deficient or that he was prejudiced such that the outcome of the case would have been different. **Strickland v. Washington**, 466 U.S. 668, 687, 104 S.Ct. 2052, 2064, 80 L.Ed.2d 674 (1984). Accordingly, relator failed to meet his burden of proving that he is entitled to postconviction relief. See La. Code Crim. P. art. 930.2.

CHH
BDE

**Theriot, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT